ETAGZ, INC., Plaintiff–Appellant

v.

FLAMBEAU, INC., Defendant–
Cross–Appellant.

Nos. 2014–1285, 2014–1295.

United States Court of Appeals,
Federal Circuit.

March 18, 2015.

Joseph Pia, Pia Anderson Dorius Reynard & Moss, Salt Lake City, UT, argued for plaintiff-appellant. Also represented by Brett Johnson, Sara Payne.

Josephine K. Benkers, Quarles & Brady, LLP, Madison, WI, argued for defendant-cross appellant. Also represented by Anthony A. Tomaselli, Martha Jahn Snyder, Stacy Ann Alexejun.

NEWMAN, CLEVENGER, and MOORE, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. See Fed. Cir. R. 36.